KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
Assistant United States Attorney

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6767
    michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3–06–70408 MEJ |
|     Plaintiff, | |
|     v. | |
| TONY J. DANILOO, | [PROPOSED] ORDER EXTENDING TIME FOR PRELIMINARY EXAMINATION |
|     Defendant. | |

    This matter was set for preliminary hearing (or arraignment) on August 23, 2006. On August 23, 2006, by letter to the Court, the parties jointly removed the matter from calendar. The parties now jointly request that the matter be reset for September 1, 2006.

    The parties further stipulate and agree that the defendant has previously, in open court, made a knowing and voluntary waiver of his rights to a preliminary hearing within ten days of his initial appearance and to an indictment or information within thirty days of his arrest. The parties jointly request the Court to extend the ten-day time limit for preliminary

[PROPOSED] ORDER
3–06–70408 MEJ                           1

```
```

examination under Federal Rule of Criminal Procedure 5, and the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b), from August 23, 2006, to September 1, 2006.

        Respectfully submitted,

        KEVIN V. RYAN
        United States Attorney

Date: August 31, 2006       /S/ Michael L. Wang
        MICHAEL LI-MING WANG
        Assistant United States Attorney

Date: August 31, 2006       /S/ Deborah Levine
        DEBORAH LEVINE
        Counsel for Defendant Tony J. Daniloo

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be continued from August 23, 2006, to September 1, 2006. IT IS FURTHER ORDERED, based upon the stipulation of the parties and the Court's previous findings in open court, that the ten-day time limit for preliminary examination under Federal Rule of Criminal Procedure 5, and the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b), be extended from August 23, 2006, to September 1, 2006. The Court specifically finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

DATED: Aug. 31, 2006



HON. _____
United States _____ Judge

[PROPOSED] ORDER
3–06–70408 MEJ    2